[No. 30875-8-III.   Division Three.   December 24, 2013.]

*In the Matter of the Marriage of* AARON MATTHEW SILK, *Appellant*, and TERESA ANN BROADSWORD, *Respondent*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 11-3-01540-2, John F. Strohmaier, J., entered April 10, 2012. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Fearing, J.

[No. 31059-1-III.   Division Three.   December 24, 2013.]

KARLA EASH, *Appellant*, v. ROBERT J. RUSSELL ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 11-2-01093-3, John D. Knodell III, J., entered July 11, 2012. *Affirmed in part* and *remanded* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Kulik, JJ.

[No. 31391-3-III.   Division Three.   December 24, 2013.]

ANTONIO L. PADILLA, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 11-2-00936-9, David A. Elofson, J., entered December 20, 2012. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Fearing, J.

[No. 30688-7-III.   Division Three.   December 26, 2013.]

PHYLLIS PAETSCH, *Appellant*, v. SPOKANE DERMATOLOGY CLINIC, PS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-2-01913-2, Jerome J. Leveque, J., entered March 12, 2012. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Fearing, JJ.